UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN HUNTOON
AND LOU ANN HUNTOON, HIS WIFE,

    Plaintiffs,                        CASE NO:

vs.

UNITED STATES OF AMERICA,

    Defendant,
_____/

## COMPLAINT

Plaintiffs, Kevin Huntoon and Lou Ann Huntoon, his wife, by undersigned counsel, sue Defendant, United States of America, for the negligence committed by the physicians at the Gainesville Veterans Medical Center in Gainesville, Florida and says:

## JURISDICTION

1.    This is an action arising under the Federal Tort Claims Act, 28 U.S.C. §2671 et. seq.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1346(b).

## PARTIES

2.    Plaintiff Kevin Huntoon is a veteran and a citizen of the United States and of the State of Florida, who at all times material hereto resided in Duval County, Florida, and who received his medical care from the Gainesville Veterans Medical Center in Gainesville, Florida.

3.      Plaintiff Lou ann Huntoon is a citizen of the United States and of the State of Florida, who at all times material hereto resided in Duval County, Florida, and at all relevant times was the wife of Plaintiff Kevin Huntoon.

4.      Defendant, the United States of America, is responsible for the torts of the Department of Veteran Affairs (hereinafter, the "VA"), a federal agency, pursuant to the definition of a "Federal Agency'" set forth in 28 U.S.C. §2671.

## COMPLIANCE WITH STATUTORY SCHEME

5.      On or about August 17, 2012,  Plaintiffs, Kevin Huntoon and Lou Ann Huntoon filed a claim for damages, injury, or death with the Veterans Administration by serving the claim on "Veterans Administration, Office of District Counsel, Legal Division, P.O. Box 5005, Bay Pines Florida. (A true and correct copy of both of  Plaintiffs' claims are attached hereto and incorporated for reference as Exhibit "A")

6.      On or about March 25, 2014, Defendant, United States of America, by and through the Veterans Administration, mailed a letter to undersigned counsel representing the agency's final denial of Plaintiffs' claim. (A true and correct copy of the Defendant's March 25, 2014 letter is attached hereto and incorporated for reference as Exhibit "B")

## COUNT I

7.      At all relevant times, Plaintiff Kevin Huntoon, was a veteran entitled to receive medical care from the VA.

8.      On or about August 19, 2010, Kevin Huntoon underwent repair of nasal vestibular stenosis, septal cartilage grafts to nose, bilateral submucous resection in the inferior turbinates,

acellular dermal grafts to nose at the Gainesville Veterans Medical Center in Gainesville, Florida.

9. Defendant United States of America, through its physicians at the Gainesville Veterans Medical Center in Gainesville, Florida, had a duty to exercise the level of care, skill, and treatment which in light of all relevant surrounding circumstances, is recognized as acceptable and appropriate by reasonably prudent health care providers.

10. At all relevant times during Post Surgery recover, Plaintiff Huntoon complained of severe pain and swelling in his right arm.

11. The Defendant, United States of America, through its physicians at the Gainesville Veterans Administration Hospital, breached it's duty by failing to properly position Plaintiff Huntoon's body before, during and after his nasal surgery.

12. As a direct and approximate result of the negligence of the Defendant, United States of America, through its physicians at the Gainesville Veterans Medical Center in Gainesville, Florida, in its failure position Plaintiff Huntoon's body before, during or after surgery Plaintiff Huntoon developed Reflex Sympathetic Dystrophy (RSD) of the right arm, and Plaintiff Huntoon has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life.

WHEREFORE, Plaintiff Kevin Huntoon demands judgment against the Defendant, United States of America, as follows:

    A. Damages in the amount of $3,000,000.00 as set forth in the claim for damages, injury, or death;

    B. The costs of litigation; attorney fees and,

C. Such other relief that this court deems just and proper.

**COUNT II**

13. Plaintiff Lou Ann Huntoon realleges paragraphs 1 through 12 as if set forth fully herein and further alleges:

14. As a direct and proximate result of the negligence of the Defendant, United States of America, through its physicians at the Gainesville Veterans Medical Center in Gainesville, Florida, in its failure to properly position Plaintiff Huntoon's body before, during or after the surgery her husband, Plaintiff, Lou Ann Huntoon has incurred expenses in connection with the medical care and treatment of her husband, Kevin Huntoon.

15. As a direct and proximate result of the negligence of the Defendant, United States of America, through its physicians at the Gainesville Veterans Medical Center in Gainesville, Florida to properly position Plaintiff Huntoon's body before, during and after the surgery, Plaintiff, Lou Ann Huntoon has lost the consortium, care, comfort, society and services of her husband, Kevin Huntoon, and such losses will continue in the future.

WHEREFORE, Plaintiff Lou Ann Huntoon demands judgment against the Defendant, United States of America, as follows:

A. Damages in the amount of $300,000.00 as set forth in the claim for damages, injury, or death;

B. The costs of litigation; attorney fees and,

C. Such other relief that this court deems just and proper.

DATED: September 24, 2014.

                                                Respectfully submitted,
 /s/   *N. Albert Bacharach, Jr.*
N. Albert Bacharach, Jr.
Florida Bar Number: 209783
Attorney for Plaintiffs
**N. ALBERT BACHARACH, JR., P.A.**
4128 NW 13th Street
Gainesville, Florida  32609-1807
352) 378-9859    FAX: (352) 338-1858
N.A.Bacharach@att.net
carlene@nabjr.com
pcd_bacharachlaw@bellsouth.net

5